

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

01-15-00312-CR

March 27, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/7/2015 12:59:19 PM
CHRISTOPHER A. PRINE
Clerk

K. E. MCCOY
ATTORNEY OF RECORD
PO BOX 53347
HOUSTON, TEXAS 77052

Defendant's Name: HARVEY SMITH

Cause No: 1421605

Court: 176TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 03/23/2015
**Sentence Imposed Date:** 03/23/2015
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** K. E. MCCOY

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

JUDY FOX (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O. Box 4651  Houston, Texas  77210-4651

Cause No. 1421605

THE STATE OF TEXAS

V.

HARVEY-SMITH , A/K/A/ _____

176TH District Court / County Criminal Court at Law No. _____

Harris County, Texas

NOTICE OF APPEAL

FILED
Chris Daniel
District Clerk

TO THE HONORABLE JUDGE OF SAID COURT:

On 3/23/15 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

MAR 23 2015
Time: _____
Harris County, Texas
By _____
Deputy

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

3/23/15
Date

Attorney (Signature)

HARVEY SMITH
Defendant (Printed name)

THEODORE HAYNES, JR.
Attorney (Printed name)

00787665
State Bar Number

P. O. BOX 300833
Address HOUSTON TEXAS 77230-0833

(713) 660-7646
Telephone Number FAX (713) 660-0203
E-MAIL: THAYNESJR@PRODIGY.NET

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☒ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

Defendant (Signature)

HARVEY SMITH
Defendant's Printed name

SWORN TO AND SUBSCRIBED BEFORE ME ON MAR 23 2015 _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☑ Counsel's motion to withdraw is ~~GRANTED~~ / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☑ Defendant's / appellant's motion is **GRANTED** and

    ☑ _____ (attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND**. (Felony Only)

DATE SIGNED: _____
3-24-15

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO _____,
HARRIS COUNTY, TEXAS

 

Cause No. _14 21605_

THE STATE OF TEXAS

IN THE _176TH_ DISTRICT COURT

V.

COUNTY CRIMINAL COURT AT LAW NO. _____

_HARVEY SMITH_, Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒    is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐    is a plea-bargain case, but matters were raised by written motion filed and filed or before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐    is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐    the defendant has waived the right of appeal.

**FILED**
Chris Daniel
District Clerk

MAR 24 2015

Time: _____
Harris County, Texas

By_____
Deputy

_____
Judge

_____ 3 -24-15
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

Mailing Address: _3911 DARLINGHURST HOUSTON TEXAS 77045_

Telephone number: _(713) 434-8737_

Fax number (if any): _____

_____
Defendant's Counsel

State Bar of Texas ID number: Theodore Haynes, Jr.
Attorney and Counselor at Law
SBN: 00787665   SPIN: 50787665

Mailing Address: P.O Box 300833
Houston, Texas 77230-0833

Telephone number: Tel: (713) 660-7646   Fax: (713) 660-0203

Fax number (if any): E-Mail: thaynesjr@prodigy.net

* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal " TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

# APPEAL CARD

5.22.15

Court 176th Dist: Cause No. 1st 1421605

## The State of Texas

Harvey Smith

Vs.

Date Notice
Of Appeal: 3-23-15

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding Stacey Bond
Court Reporter Judy Fox
Court Reporter_____
Court Reporter_____

Attorney
on Trial Theodore Haynes

Attorney
on Appeal_____

Appointed_____ Hired_____

Offense Agg Robb-Deadly-WPN

Jury Trial: Yes ✓ No_____

Punishment
Assessed 28 yrs TDC

Companion Cases
(If Known)_____

Amount of
Appeal Bond 0.00

Appellant
Confined: Yes_____ No_____

Date Submitted
To Appeal Section_____

Deputy Clerk_____

997